```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 02410
    TOMASA A DAWKINS
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-3146


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/13/06 and confirmed on 06/09/06.

    2.  The case was dismissed after confirmation, 03/28/2008.

    3.  The Debtor paid a total of $   34240.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
WASHINGTON MUTUAL BANK     CURRENT MORTG         .00            .00             .00
WASHINGTON MUTUAL BANK     MORTGAGE ARRE    71191.43            .00        19290.60
CHASE HOME EQUITY          SECURED           9905.50            .00         9905.50
CHASE HOME EQUITY          MORTGAGE ARRE     8466.98            .00         2122.95
CAINE & WEINER             UNSECURED        NOT FILED           .00             .00
ROUNDUP FUNDING LLC        UNSECURED         8460.57            .00             .00
CREDITORS ALLIANCE INC     UNSECURED        NOT FILED           .00             .00
NICOR GAS                  UNSECURED          293.09            .00             .00
PRESIDIO                   UNSECURED        NOT FILED           .00             .00
GE MONEY BANK              UNSECURED           56.00            .00             .00
ROUNDUP FUNDING LLC        UNSECURED         5256.47            .00             .00
        Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   89563.91        .00    14066.13          .00      103630.04
PRINCIPAL PAID       31319.05        .00         .00          .00       31319.05
INTEREST PAID             .00        .00         .00          .00             .00
TOTAL PAID           31319.05        .00         .00          .00       31319.05
The Debtor's attorney, THOMAS R HITCHCOCK              , was allowed $   2500.00
and was paid $    946.50  direct and $   1553.50  through the plan.

The Trustee received $   1367.45 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 06/23/08                    /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE

                    PAGE   2
     CASE NO. 06 B 02410 TOMASA A DAWKINS